IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| THOMAS EARL NARD, #510192 | § | |
| VS. | § | CIVIL ACTION NO. 2:10cv302 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER DENYING INJUNCTIVE RELIEF

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Charles Everingham IV.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Petitioner's "Motion for Declaration to Stop Racial Discrimination and Harassment" (docket entry #11), construed as a motion for a Temporary Restraining Order and/or a Preliminary Injunction, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Plaintiff's "Motion for Declaration" (docket entry #11), construed as a motion for a Temporary Restraining Order and/or Preliminary Injunction, is hereby **DENIED**.

**SIGNED this 12th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE